# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00383-CV

### Ralston Outdoor Advertising, Ltd., Appellant

### v.

### Texas Department of Transportation, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-06-002119, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ralston Outdoor Advertising, Ltd. has filed an unopposed motion to dismiss this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   January 17, 2008